UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

| | |
|---|---|
| FRANCES SKAGGS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> EXTENDICARE HOMES, INC., ) <br> ) <br> Defendant. ) | Civil No. 15-51-ART <br><br> **JUDGMENT** |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Pursuant to Rule 58 of the Federal Rules of Civil Procedure, and in accordance with the Order entered on this date, it is **ORDERED** and **ADJUDGED** that:

(1) The plaintiff's complaint is **DISMISSED WITH PREJUDICE** with respect to all issues raised in this proceeding.

(2) Judgment is **ENTERED** in favor of the defendant, Extendicare Homes, Inc.

(3) This action is **STRICKEN** from the Court's docket.

(4) This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

This 22nd day of March, 2016.



Signed By:
*Amul R. Thapar*  AT
United States District Judge